```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RHYNO EXPRESS, INC.,            )
                                )
     Plaintiff,                 )
                                )
     v.                         )  Civil Action No. 05-148
                                )  Judge Standish
ALLMERICA FINANCIAL, and        )  Magistrate Judge Caiazza
THE HANOVER INSURANCE COMPANY,  )
                                )
     Defendants.                )
```

## ORDER

AND NOW, this 18th day of January, 2006,

The court has been advised by counsel for the parties that the above-captioned action has been settled and that the only matters remaining to be completed are the payment of the settlement proceeds, the voluntary dismissal of the Defendant Allmerica Financial, a corporation, and the submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a). It appears that there is no further action required by the court at this time. This case, parenthetically, cannot be finally resolved until counsel obtains the approval of the United States Bankruptcy Court.

It is, accordingly, hereby ORDERED that the Clerk mark the above-captioned case closed; that nothing contained in this order shall be considered a dismissal or disposition of this action, and that should further proceedings therein become necessary or desirable, either party may initiate the same in the identical manner as if this order had not been entered.

FURTHER, the court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including, but not limited to, enforcing settlement.

January 18, 2006				s/Francis X. Caiazza
						Francis X. Caiazza
						U.S. Magistrate Judge

cc:
Gregory A. Evashavik, Esq.
Evashavik & Evashavik
Paul R. Robinson, Esq.